**Order entered November 22, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00113-CV

**IN THE INTEREST OF R.N. AND R.N., CHILDREN**

**On Appeal from the 303rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-12-07618**

## ORDER

Before the Court is appellant's November 21, 2016 second motion for extension of time to file an amended brief. We **GRANT** appellant's motion and **ORDER** the brief filed by **December 21, 2016**.

We caution appellant that no further extension will be granted absent extenuating circumstances.

/s/    CRAIG STODDART
        JUSTICE